**6**

ERIE RAILROAD COMPANY v. Elizabeth WALTERS, as Administratrix of the Estate of Daniel B. Walters, Deceased.

(Circuit Court of Appeals, Sixth Circuit. October 15, 1926.)

No. 4636.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Gillmer & Gillmer, of Warren, Ohio, for plaintiff in error.

Payer, Winch, Minshall & Karch, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to motion of counsel for plaintiff in error.